# United States Bankruptcy Court

## of the

## Northern District Of Illinois

## Western Division

Trustee's Final Report

In Re:   TODD M. NELSON & AMY M. NELSON            Case Number: 05-70739
7601 HAWKS VIEW DRIVE            SSN-xxx-xx-9705 & xxx-xx-0225
MACHESNEY PARK, IL  61115

| | |
|---|---|
| Case filed on: | 2/24/2005 |
| Plan Confirmed on: | 4/15/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $29,505.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | TODD M. NELSON | 0.00 | 0.00 | 10.49 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 10.49 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 8,000.00 | 8,000.00 | 8,000.00 | 515.77 |
| 005 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 8,000.00 | 8,000.00 | 8,000.00 | 515.77 |
| 002 | AMCORE BANK NA | 5,906.64 | 5,906.64 | 1,823.27 | 0.00 |
| 003 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 5,754.22 | 5,754.22 | 1,776.21 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 543.24 | 543.24 | 167.68 | 0.00 |
| 007 | B. SANFIELD, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SMC | 1,199.15 | 1,199.15 | 370.15 | 0.00 |
| 009 | CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 10,156.47 | 10,156.47 | 3,135.09 | 0.00 |
| 011 | CREDITORS BANKRUPTCY SERVICE | 741.04 | 741.04 | 228.74 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 17,224.56 | 17,224.56 | 5,316.86 | 0.00 |
| 013 | NATIONAL CITY BANK | 6,335.23 | 6,335.23 | 1,955.55 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 568.94 | 568.94 | 175.62 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 1,738.85 | 1,738.85 | 536.75 | 0.00 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 2,106.00 | 2,106.00 | 650.08 | 0.00 |
| | Total Unsecured | 52,274.34 | 52,274.34 | 16,136.00 | 0.00 |
| | Grand Total: | 63,138.34 | 63,138.34 | 27,010.49 | 515.77 |

| | |
|---|---|
| Total Paid Claimant: | $27,526.26 |
| Trustee Allowance: | $1,978.74 |
| Percent Paid Unsecured: | 30.87 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  _/s/Heather M. Fagan_____